# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABRIL HALL,<br><br>        Plaintiff,<br><br>    v.<br><br>B. JOHNSON,<br><br>        Defendant. | Case No. 1:18-cv-00583-DAD-GSA (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JABRIL HALL, CDCR # AK-4829 |

A settlement conference in this matter commenced on January 28, 2020. Inmate Jabril Hall, CDCR # AK-4829, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **January 28, 2020**

                                     UNITED STATES MAGISTRATE JUDGE

1