# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JABRIL HALL,<br><br>          Plaintiff,<br><br>    v.<br><br>B. JOHNSON,<br><br>          Defendant. | 1:18-cv-00583-DAD-GSA (PC)<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR LACK OF SIGNATURE<br><br>(ECF No. 32.) |

Jabril Hall ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On January 31, 2020, the case was voluntarily dismissed by the parties following a settlement conference.  (ECF No. 31.)

On August 17, 2020, Plaintiff filed a motion to compel payment of the settlement funds. (ECF No. 32.)  The motion is unsigned.  All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on August 17, 2020, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:  __August 21, 2020__         __/s/ Gary S. Austin__
                                          UNITED STATES MAGISTRATE JUDGE